IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY M. RUFO, et al.,<br>　　　　　*Plaintiffs,*<br><br>　　v.<br><br>JUDGE IDEE C. FOX, et al.,<br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 21-2861 |

## ORDER

AND NOW, this 18th day of November 2021, upon consideration of the Motion to Dismiss by Defendants Judge Idee C. Fox and Judge Kenneth Powell, Jr. (ECF 21), the Motion to Dismiss by Defendants Philadelphia Community Development Coalition, Inc, David Champagne, Orphanides & Toner, LLP and Paul J. Toner (ECF 15), its exhibits (ECF 18, 19 and 20) and Plaintiff's Response to the Motions to Dismiss (ECF 21, 25, 30 and 32), and consistent with the accompanying memorandum of law, it is **ORDERED** that the motions to dismiss are **GRANTED** as follows:

1. Plaintiffs' claims against Judge Fox and Judge Powell are **DISMISSED** with prejudice.

2. Plaintiffs' claims against PCDC, Champagne, Orphanides & Toner, and Toner are **DISMISSED**.

The Clerk of Court shall mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.